# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>*Petitioner*,<br><br>—vs—<br><br>ERIC H. HOLDER, JR.,<br>IN HIS OFFICIAL CAPACITY AS<br>ATTORNEY GENERAL OF THE UNITED<br>STATES,<br><br>*Respondent*. | No. 13-1237 |

## Statement of Issue

Does Arizona's mechanism for the appointment and compensation of post-conviction relief counsel for indigent capital defendants comply with the "opt-in" requirements of Chapter 154 of the Anti-terrorism and Effective Death Penalty Act?

DATED: September 12, 2013

Thomas C. Horne
Attorney General

Robert Ellman
Solicitor General

Jeffrey A. Zick
Chief Counsel

s/ Michele Forney
MICHELE FORNEY
ATTORNEY FOR THE STATE OF ARIZONA

On September 12, 2013, I served a copy of the Statement of Issue upon the following by using the CM/ECF electronic service:

Samantha L. Chaifetz
samantha.chaifetz@usdoj.gov
(202) 514-4821

Michael S. Raab
michael.raab@usdoj.gov
(202) 514-4053

Civil Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave, NW,
Washington, DC 20530


s/ Michele Forney
MICHELE FORNEY
ATTORNEY FOR THE STATE OF ARIZONA