# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>*Petitioner*,<br><br>–vs–<br><br>ERIC H. HOLDER, JR.,<br>IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,<br><br>*Respondent*. | No. 13-1237<br><br>UNOPPOSED MOTION TO DISMISS PETITION FOR REVIEW |

The parties have conferred and agree to dismiss the pending petition for review pursuant to Federal Rule of Appellate Procedure 42(b). Each party has agreed that they will bear their own costs. To the best of the parties' knowledge, all fees have been paid in this matter. As such, the parties respectfully request that this Court dismiss the petition in this case.

. . .

. . .

. . .

RESPECTFULLY SUBMITTED: October 21, 2013

 Thomas C. Horne  
Attorney General

Robert Ellman  
Solicitor General

Jeffrey A. Zick  
Chief Counsel

<u>s/ Robert Ellman</u>  
Robert Ellman

1275 West Washington  
Phoenix, AZ 85007  
Telephone: (602) 542-686  
cadocket@azag.gov

*Counsel for Petitioner*

## Certificate of Service

On October 21, 2013, I served a copy of the Joint Dismissal Agreement upon all participants registered with CM/ECF electronic service.

                              s/ Robert Ellman
                              Robert Ellman
                              Counsel for Petitioner